

KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

**VIA EMAIL**

**June 4, 2025**

TikTok Inc.
Attn: Legal Department
5800 Bristol Parkway, Suite 100
Culver City, CA 90230

**Re:  DMCA Takedown Notice**
https://www.tiktok.com/@user07532589056/video/7511945484320148767?_r=1&_t=ZT-8wtvPTyot47  **@user07532589056**

**Dear Sir or Madam:**

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represents Just Media House, who publishes Two Parents & A Podcast and other content. user07532589056 (the "**Infringing User**") is posting copyrighted clips, etc. from https://www.youtube.com/watch?v=vKv5Z5IfZQs (the "**Copyrighted Work**") described below, and KJK has authority to act on behalf of Just Media House, the copyright owner (the "**Copyright Owner**"). This letter shall serve as notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act ("**DMCA**").

It has come to our attention that a TikTok user posted the Copyrighted Work on the @user07532589056 TikTok Account at the following web address: https://www.tiktok.com/@user07532589056/video/7511945484320148767?_r=1&_t=ZT-8wtvPTyot47  (the "**Infringing Posts**").

The Infringing Posts include a post on June 4, 2025, by a user identified as user07532589056 and contains a clip of Two Parents & A Podcast where they are discussing if the mother is expecting a one year anniversary post. The Copyright Owner owns the rights to the copyright and/or intellectual property associated with the Copyrighted Work, and the Infringing Posts infringe on the Copyright Owner's rights in the Copyrighted Work.

We have a good faith belief that TikTok's display of the Copyrighted Work is not authorized by the Copyright Owner, any agent of Copyright Owner, nor any applicable law. The information in this notification is accurate. We swear under penalty of perjury that we are authorized to act on behalf of the Copyright Owner with respect to the subject matter of this letter.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**
A LAW FIRM BUILT FOR BUSINESS.

1



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

**We therefore request that you remove the Infringing Posts or delete the Infringing Posts as set forth in and pursuant to Sections 512(c)(1)(C), Section 512(d)(3), and Section 512(b)(2)(E), as applicable, of the DMCA.**

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or deleted. The undersigned may be contacted at the email address set forth above.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

KYLE D. STROUP
Partner | KJK


cc: Alex E. Jones, Esq.

CLEVELAND OFFICE
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

COLUMBUS OFFICE
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

MERITAS
A LAW FIRM BUILT FOR BUSINESS.

## SCHEDULE A

| User | Weblink |
|---|---|
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512355130629508383?_r=1&_t=ZP-8wx8GRxkDbK |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511727463622380830?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512140658367335710?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511945484320148767?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511468931341634859?_r=1&_t=ZT-8wtvPTyot47 |



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

**VIA EMAIL**

June 4, 2025

TikTok Inc.
Attn: Legal Department
5800 Bristol Parkway, Suite 100
Culver City, CA 90230

Re: **DMCA Takedown Notice**
https://www.tiktok.com/@user07532589056/video/7511468931341634859?_r=1&_t=ZT-8wtvPTyot47 **@user07532589056**

**Dear Sir or Madam:**

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represents Just Media House, who publishes Two Parents & A Podcast and other content. user07532589056 (the "**Infringing User**") is posting copyrighted clips, etc. from https://www.youtube.com/watch?v=STOeWIPSSYk (the "**Copyrighted Work**") described below, and KJK has authority to act on behalf of Just Media House, the copyright owner (the "**Copyright Owner**"). This letter shall serve as notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act (**"DMCA"**).

It has come to our attention that a TikTok user posted the Copyrighted Work on the @user07532589056 TikTok Account at the following web address: https://www.tiktok.com/@user07532589056/video/7511468931341634859?_r=1&_t=ZT-8wtvPTyot47 (the "**Infringing Posts**").

The Infringing Posts include a post on June 3, 2025, by a user identified as user07532589056 and contains a clip of Two Parents & A Podcast where they are discussing if they are going to get married. The Copyright Owner owns the rights to the copyright and/or intellectual property associated with the Copyrighted Work, and the Infringing Posts infringe on the Copyright Owner's rights in the Copyrighted Work.

We have a good faith belief that TikTok's display of the Copyrighted Work is not authorized by the Copyright Owner, any agent of Copyright Owner, nor any applicable law. The information in this notification is accurate. We swear under penalty of perjury that we are authorized to act on behalf of the Copyright Owner with respect to the subject matter of this letter.

**We therefore request that you remove the Infringing Posts or delete the Infringing Posts as set forth in and pursuant to Sections 512(c)(1)(C), Section 512(d)(3), and Section 512(b)(2)(E), as applicable, of the DMCA.**

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**
A LAW FIRM BUILT FOR BUSINESS.

1



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or deleted. The undersigned may be contacted at the email address set forth above.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

**KYLE D. STROUP
Partner | KJK**

cc: Alex E. Jones, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**

A LAW FIRM **BUILT FOR BUSINESS.**

2

## SCHEDULE A

| User | Weblink |
|---|---|
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512355130629508383?_r=1&_t=ZP-8wx8GRxkDbK |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511727463622380830?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512140658367335710?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511945484320148767?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511468931341634859?_r=1&_t=ZT-8wtvPTyot47 |



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

**VIA EMAIL**

June 4, 2025

TikTok Inc.
Attn: Legal Department
5800 Bristol Parkway, Suite 100
Culver City, CA 90230

Re: **DMCA Takedown Notice**
https://www.tiktok.com/@user07532589056/video/7511727463622380830?_r=1&_t=ZT-8wtvPTyot47  **@user07532589056**

**Dear Sir or Madam:**

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represents Just Media House, who publishes Two Parents & A Podcast and other content. It has come to our attention that user07532589056 (the "**Infringing User**") is posting copyrighted clips and other copyrighted content. (the "**Copyrighted Work**") as described below. KJK has the authority to act on behalf of Just Media House, who owns the copyright in the Copyrighted Work (the "**Copyright Owner**"). This letter shall serve as notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act ("**DMCA**").

It has come to our attention that a TikTok user posted the Copyrighted Work on the @user07532589056 TikTok Account at the following web address: https://www.tiktok.com/@user07532589056/video/7511727463622380830?_r=1&_t=ZT-8wtvPTyot47 (the "**Infringing Posts**").

The Infringing Posts include a post on June 3, 2025, by a user identified as user07532589056 and contains a clip of Two Parents & A Podcast where they are discussing what it's like dating a divorcee. The Copyright Owner owns the rights to the copyright and/or intellectual property associated with the Copyrighted Work, and the Infringing Posts infringe on the Copyright Owner's rights in the Copyrighted Work.

We have a good faith belief that TikTok's display of the Copyrighted Work is not authorized by the Copyright Owner, any agent of Copyright Owner, nor any applicable law. The information in this notification is accurate. We swear under penalty of perjury that we are authorized to act on behalf of the Copyright Owner with respect to the subject matter of this letter.

**We therefore request that you remove the Infringing Posts or delete the Infringing Posts as set forth in and pursuant to Sections 512(c)(1)(C), Section 512(d)(3), and Section 512(b)(2)(E), as applicable, of the DMCA.**

| CLEVELAND OFFICE | COLUMBUS OFFICE | KJK.com | ᅲ MERITAS |
|---|---|---|---|
| 1375 East Ninth Street<br>One Cleveland Center + 29th Floor<br>Cleveland OH 44114 | 10 West Broad Street<br>One Columbus Center + Suite 2500<br>Columbus OH 43215 | | A LAW FIRM BUILT FOR BUSINESS. |

1



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or deleted. The undersigned may be contacted at the email address set forth above.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

**KYLE D. STROUP
Partner | KJK**


cc: Alex E. Jones, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**

A LAW FIRM **BUILT FOR BUSINESS.**

2

## SCHEDULE A

| User | Weblink |
|---|---|
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512355130629508383?_r=1&_t=ZP-8wx8GRxkDbK |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511727463622380830?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512140658367335710?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511945484320148767?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511468931341634859?_r=1&_t=ZT-8wtvPTyot47 |



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

**VIA EMAIL**

June 4, 2025

TikTok Inc.
Attn: Legal Department
5800 Bristol Parkway, Suite 100
Culver City, CA 90230

Re:   **DMCA Takedown Notice**
      https://www.tiktok.com/@user07532589056/video/7512140658367335710?_r=1&_t=ZT-8wtvPTyot47  **@user07532589056**

**Dear Sir or Madam:**

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represents Just Media House, who publishes Two Parents & A Podcast and other content. user07532589056 (the "**Infringing User**") is posting copyrighted clips, etc. from https://www.youtube.com/watch?v=cqvk17ZtMgM&t=26s (the "**Copyrighted Work**") described below, and KJK has authority to act on behalf of Just Media House, the copyright owner (the "**Copyright Owner**"). This letter shall serve as notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act ("**DMCA**").

It has come to our attention that a TikTok user posted the Copyrighted Work on the @user07532589056 TikTok Account at the following web address: https://www.tiktok.com/@user07532589056/video/7512140658367335710?_r=1&_t=ZT-8wtvPTyot47 (the "**Infringing Posts**").

The Infringing Posts include a post on June 4, 2025, by a user identified as user07532589056 and contains a clip of Two Parents & A Podcast where they are discussing what gaslighting means. The Copyright Owner owns the rights to the copyright and/or intellectual property associated with the Copyrighted Work, and the Infringing Posts infringe on the Copyright Owner's rights in the Copyrighted Work.

We have a good faith belief that TikTok's display of the Copyrighted Work is not authorized by the Copyright Owner, any agent of Copyright Owner, nor any applicable law. The information in this notification is accurate. We swear under penalty of perjury that we are authorized to act on behalf of the Copyright Owner with respect to the subject matter of this letter.

**We therefore request that you remove the Infringing Posts or delete the Infringing Posts as set forth in and pursuant to Sections 512(c)(1)(C), Section 512(d)(3), and Section 512(b)(2)(E), as applicable, of the DMCA.**

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**
A LAW FIRM BUILT FOR BUSINESS.

1



**KYLE D. STROUP | Partner**

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or deleted. The undersigned may be contacted at the email address set forth above.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

**KYLE D. STROUP
Partner | KJK**

cc:  Alex E. Jones, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**
A LAW FIRM BUILT FOR BUSINESS.

2

## SCHEDULE A

| User | Weblink |
|---|---|
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512355130629508383?_r=1&_t=ZP-8wx8GRxkDbK |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511727463622380830?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512140658367335710?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511945484320148767?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511468931341634859?_r=1&_t=ZT-8wtvPTyot47 |



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

**VIA EMAIL**

June 5, 2025

TikTok Inc.
Attn: Legal Department
5800 Bristol Parkway, Suite 100
Culver City, CA 90230

Re: **DMCA Takedown Notice**
https://www.tiktok.com/@user07532589056/video/7512355130629508383?_r=1&_t=ZP-8wx8GRxkDbK **@user07532589056**

**Dear Sir or Madam:**

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represents Just Media House, who publishes Two Parents & A Podcast and other content. It has come to our attention that user07532589056 (the "**Infringing User**") is posting copyrighted clips and other copyrighted content from https://www.youtube.com/watch?v=m7fES4GXs4g&t=1230s (the "**Copyrighted Work**") as described below, and KJK has authority to act on behalf of Just Media House, the copyright owner (the "**Copyright Owner**"). This letter shall serve as notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act ("**DMCA**").

It has come to our attention that a TikTok user posted the Copyrighted Work on the @user07532589056 TikTok Account at the following web address: https://www.tiktok.com/@user07532589056/video/7512355130629508383?_r=1&_t=ZP-8wx8GRxkDbK (the "**Infringing Posts**").

The Infringing Posts include a post on June 5, 2025, by a user identified as user07532589056 and contains a clip of Two Parents & A Podcast where they are discussing how they dealt with a problem. The Copyright Owner owns the rights to the copyright and/or intellectual property associated with the Copyrighted Work, and the Infringing Posts infringe on the Copyright Owner's rights in the Copyrighted Work.

We have a good faith belief that TikTok's display of the Copyrighted Work is not authorized by the Copyright Owner, any agent of Copyright Owner, nor any applicable law. The information in this notification is accurate. We swear under penalty of perjury that we are authorized to act on behalf of the Copyright Owner with respect to the subject matter of this letter.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**
A LAW FIRM **BUILT FOR BUSINESS.**

1



KYLE D. STROUP | Partner

Direct: 216.736.7231 | Mobile: 330.978.6549 | KDS@kjk.com

**We therefore request that you remove the Infringing Posts or delete the Infringing Posts as set forth in and pursuant to Sections 512(c)(1)(C), Section 512(d)(3), and Section 512(b)(2)(E), as applicable, of the DMCA.**

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or deleted. The undersigned may be contacted at the email address set forth above.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

**KYLE D. STROUP**
Partner | KJK


cc:   Alex E. Jones, Esq.

| CLEVELAND OFFICE | COLUMBUS OFFICE | KJK.com | MERITAS |
| --- | --- | --- | --- |
| 1375 East Ninth Street | 10 West Broad Street | | |
| One Cleveland Center + 29th Floor | One Columbus Center + Suite 2500 | | A LAW FIRM **BUILT FOR BUSINESS.** |
| Cleveland OH 44114 | Columbus OH 43215 | | |

2

## SCHEDULE A

| User | Weblink |
|---|---|
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512355130629508383?_r=1&_t=ZP-8wx8GRxkDbK |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511727463622380830?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7512140658367335710?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511945484320148767?_r=1&_t=ZT-8wtvPTyot47 |
| user07532589056 | https://www.tiktok.com/@user07532589056/video/7511468931341634859?_r=1&_t=ZT-8wtvPTyot47 |