IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re DMCA Subpoena to TikTok, Inc. | ) ) ) |

### DECLARATION OF KYLE D. STROUP

I, Kyle D. Stroup, declare, under penalty of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2. I am an attorney with the law firm of Kohrman Jackson & Krantz LLP. I represent Just Media House ("***Copyright Owners***").

3. The Copyright Owners are social media influences who create online content, including podcasts and video clips.

4. The Copyright Owners seek to subpoena TikTok, Inc. ("***TikTok***") for documents containing personally-identifying information of a TikTok user, identified as user07532589056, who posted Copyright Owners' copyrighted content on the TikTok platform.

5. Specifically, this user posted certain video clips of Copyright Owners' Two Parents & A Podcast recordings and video footage.

6. The objective of subpoenaing TikTok is to obtain the identities of the alleged infringers, and such information obtained from TikTok will only be used for the purpose of protecting Copyright Owners' rights under 17 U.S. Code § 101, *et seq.*

7. Attached as Exhibit A to this Declaration is a true and correct copy of the notification sent to TikTok, pursuant to 17 U.S.C. § 512(C)(3)(A).

2

DATED: June 6, 2025

_____
Kyle D. Stroup

3